Noah Kane (NJ Bar No. 428282023)
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing NY 11367
T:(518) 375-3963
F:(718) 715-1750
E: nkane@consumerattorneys.com

*Attorneys for Plaintiff*
*John Doe*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>APPFOLIO, INC., and CLEARA, INC.,<br><br>　　　　　　Defendants. | Civil Action No.: 2:25-cv-01363-JKS-MAH<br><br>**LETTER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CLEARA, LLC'S' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE 12(B)(2) UNDER L.Civ.R.7.1(d)(5)** |

　　　This firm represents Plaintiff in the above-referenced matter. Pursuant to L.Civ.R. 7.1(d)(5), Plaintiff requests an automatic adjournment of Defendant Cleara, LLC'S' Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule 12(b)(2) (ECF No. 16).

　　　There has been no prior request for an adjournment of this motion, which is currently returnable on May 5, 2025. This request is made prior to when Plaintiff's opposition would otherwise have been due.

　　　Pursuant to L.Civ.R. 7.1(d)(5), the Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule 12(b)(2) will have the following new dates:

　　　• Plaintiff's opposition papers will be due May 5, 2025;

　　　• Defendant's reply papers will be due May 12, 2025; and

1

• The new motion day will be May 19, 2025.

Thank you for your time and courtesies in this matter.

Dated: April 21, 2025,

           */s/ Noah Kane*
           Noah Kane (NJ Bar No. 428282023)
           **CONSUMER ATTORNEYS**
           68-29 Main Street
           Flushing NY 11367
           T:(518) 375-3963
           F:(718) 715-1750
           E: nkane@consumerattorneys.com

           *Attorneys for Plaintiff*
           *John Doe*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

      By: */s/ Irina Iakovleva*

3