Noah Kane (NJ Bar No. 428282023)
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing NY 11367
T:(518) 375-3963
F:(718) 715-1750
E: nkane@consumerattorneys.com

*Attorneys for Plaintiff*
*John Doe*

# ORDER

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>                     Plaintiff,<br><br>vs.<br><br>APPFOLIO, INC., and CLEARA, INC.,<br><br>                     Defendants. | Civil Action No.: 2:25-cv-01363-JKS-MAH<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT APPFOLIO, INC. ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff John Doe and Defendant AppFolio, Inc. ("AppFolio"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant AppFolio only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: April 29, 2025,

> /s/ Noah Kane
> Noah Kane (NJ Bar No. 428282023)
> **CONSUMER ATTORNEYS**
> 68-29 Main Street
> Flushing NY 11367
> T:(518) 375-3963
> F:(718) 715-1750
> E: nkane@consumerattorneys.com
>
> *Attorneys for Plaintiff*
> *John Doe*

The highlighted portion is So Ordered. The Clerk of the Court is directed to administratively terminated this matter as to **Defendant, AppFolio, Inc., ONLY**, for a period of 60 days up until **June 30 2025.**

 *s/Jamel K. Semper*
Hon. Jamel K. Semper, U.S.D.J.
**Dated: April 30, 2025**