## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>APPFOLIO, INC., and CLEARA, LLC,<br><br><br>    Defendants. | Civil Action No.: 2:25-cv-01363-JKS-MAH<br><br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT APPFOLIO, INC. ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant AppFolio, Inc. only (ECF 23), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant AppFolio, Inc. only, each party to bear its own fees and costs.

**IT IS SO ORDERED.**


Dated: July 28, 2025

         */s/ Jamel K. Semper*
         HONORABLE JAMEL K. SEMPER
         UNITED STATES DISTRICT JUDGE